# UNITED STATES OF AMERICA
## MERIT SYSTEMS PROTECTION BOARD

YAN W. DONOVAN,
          Appellant,

      v.

ENVIRONMENTAL PROTECTION
   AGENCY,
          Agency.

DOCKET NUMBER
DC-0752-15-0942-I-1

DATE: June 17, 2016

Yan W. Donovan, Burke, Virginia, pro se.

Tia M. Young, Washington, D.C., for the agency.

## BEFORE

Susan Tsui Grundmann, Chairman
Mark A. Robbins, Member

## ORDER

¶1      The appellant has filed a petition for review of the administrative judge's initial decision, which dismissed as untimely filed her appeal of an alleged involuntary resignation claim. The two Board members cannot agree on the disposition of the petition for review. Therefore, the initial decision now becomes the final decision of the Merit Systems Protection Board in this appeal.[1] Title 5 of the Code of Federal Regulations, section 1200.3(b) (5 C.F.R. § 1200.3(b)). This decision shall not be considered as precedent by the Board in any other case. 5 C.F.R. § 1200.3(d).

---

[1] Because of our split-vote disposition in this case, we need not rule on the appellant's May 11, 2016 pleading.

## NOTICE TO THE APPELLANT REGARDING
## YOUR FURTHER REVIEW RIGHTS[2]

You have the right to request review of this final decision by the U.S. Court of Appeals for the Federal Circuit. You must submit your request to the court at the following address:

U.S. Court of Appeals
for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

The court must receive your request for review no later than 60 calendar days after the date of this order. *See* 5 U.S.C. § 7703(b)(1)(A) (as rev. eff. Dec. 27, 2012). If you choose to file, be very careful to file on time. The court has held that normally it does not have the authority to waive this statutory deadline and that filings that do not comply with the deadline must be dismissed. *See Pinat v. Office of Personnel Management*, 931 F.2d 1544 (Fed. Cir. 1991).

If you need further information about your right to appeal this decision to court, you should refer to the Federal law that gives you this right. It is found in title 5 of the U.S. Code, section 7703 (5 U.S.C. § 7703) (as rev. eff. Dec. 27, 2012). You may read this law as well as other sections of the U.S. Code, at our website, http://www.mspb.gov/appeals/uscode.htm. Additional information is available at the court's website, www.cafc.uscourts.gov. Of particular relevance is the court's "Guide for Pro Se Petitioners and Appellants," which is contained within the court's Rules of Practice, and Forms 5, 6, and 11.

If you are interested in securing pro bono representation for an appeal to the U.S. Court of Appeals for the Federal Circuit, you may visit our website at

---

[2] The administrative judge afforded the appellant mixed-case review rights. Initial Appeal File, Tab 10, Initial Decision at 9-11. However, when jurisdiction is in doubt and an appeal has been dismissed on procedural grounds, nonmixed-case review rights apply. *Bean v. U.S. Postal Service*, 120 M.S.P.R. 447, ¶ 12 (2013). We have provided the appellant the proper review rights here.

http://www.mspb.gov/probono for information regarding pro bono representation for Merit Systems Protection Board appellants before the Federal Circuit.  The Merit Systems Protection Board neither endorses the services provided by any attorney nor warrants that any attorney will accept representation in a given case.


FOR THE BOARD:                                   _____
                                                 William D. Spencer
                                                 Clerk of the Board

Washington, D.C.